**GEORGE R. CONKEY**
**ATTORNEY AT LAW**
**4347 W. NORTHWEST HWY.**
**SUITE 130, #132**
**DALLAS, TEXAS 75220**
**(214) 358-4494**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

03/27/2018 4:10:47 PM

LISA MATZ
Clerk

March 8, 2018

**CERTIFIED MAIL 7010 2780 0000 7444 0183**

Jermaine John Scott, TDCJ 02106978
Allred Unit
2101 FM 369 North
Iowa Park, TX 76367

Re:  No. 05-16-01494-CR
     Trial Court No. F15-75578-R
     Jermaine John Scott v. The State of Texas

Dear Mr. Scott:

     Enclosed is copy of the Judgment and Memorandum Opinion issued by the Court of Appeals affirming your conviction.

     I have reviewed the opinion and the brief that I filed on your behalf, and I am of the opinion that your case does not meet any of the six requirements of the law required for Petitions for Discretionary Review to the Court of Criminal Appeals sitting in Austin, Texas. (See Rule 66.3)  Accordingly, I will not be filing such petition on your behalf.

     You have the right to file a petition on your own behalf, but you need to be aware of the following:

     (1)  The petition must be filed within 30 days from the date of the judgment (by April 6, 2018) unless a request for extension of time for filing a petition for discretionary review is made and granted.  Request for extensions for time must be addressed to the Court of Criminal Appeals sitting in Austin, Texas, and are only granted under the most unusual circumstances.

(2)    The petition must set forth distinctly which one of the six standards for review that you are relying upon for review of your case.  I am enclosing a copy of Rule 66 of the Texas Rules of Appellate Procedure which sets out those six areas in Section 66.3.

(3)    You must set forth both the facts and the law that you think are important to have the Court of Criminal Appeals review your case; and

(4)    You must address the petition for discretionary review to the Court of Criminal Appeals sitting in Austin, Texas, but the petition for discretionary review must be filed with the Court of Appeals for the Fifth District of Texas sitting in Dallas, Texas.  The mailing address for the Court of Appeals is:

> Lisa Matz, Clerk of the Court
> Court of Appeals
> Fifth District of Texas at Dallas
> George L. Allen Sr. Courts Building
> 600 Commerce St., Second Floor
> Dallas, Texas 75202-4658

I am sorry you did not prevail on appeal.  A copy of the clerk's record can be obtained by writing or contacting the District Clerk, Crowley Courts Building, 133 No. Riverfront Blvd., Dallas, Texas 75207 or by going on-line to dallascounty.org and click on Services and then Online Record Search and enter the case number F1575578. A copy of the reporter's record can be obtained by contacting the court reporter, Joe Phillips, CSR, 265th District Court, 6th Floor Crowley Bldg., LB 30, 133 No. Riverfront Blvd., Dallas, Texas 75207, (214) 653-5843.  I do not keep a copy of these records.

Regards,

/s/ George R. Conkey
George R. Conkey


Enclosures:  Judgment, Opinion, Rule 66.